UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON, on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

Mattel, Inc.,

            Defendant.

Case No: 1:24-cv-03154-NGG-JRC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York            Irvine, California
          October 29, 2024             October 29, 2024

**MARS KHAIMOV LAW, PLLC**         **THE KARLIN LAW FIRM LLP**

By: *Mars Khaimov, Esq.*           By: *Deyuan Lin, Esq.*
Mars Khaimov, Esq.                  Deyuan Lin, Esq.
100 Duffy Ave., Suite 510            13522 Newport Ave., Suite 201
Hicksville, NY 11801                 Tustin, CA 92780
mars@khaimovlaw.com             llin@linuslaw.com
*Attorneys for Plaintiff*               *Attorneys for Defendant*

So Ordered.

S/ Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 10/30/24